**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| WAYMON T. CRUSE, )<br>   )<br>   Plaintiff,   )<br>   )   CAUSE NO:   2:06-CV-014-PS<br>vs.   )<br>   )<br>HOOK-SUPERX, INC., d/b/a )<br>CVS PHARMACY, INC.,   )<br>   )<br>   Defendant.   ) | |

**REPORT OF SETTLEMENT STATUS**

Comes now the plaintiff, by counsel, pursuant to the Court's Order, entered June 13, 2008, [Docket #85], and advises that the parties require additional time to complete the settlement and file dismissal documents.  Plaintiff advises the Court that a Joint Stipulation and Settlement has been entered into and executed by the plaintiff.  But Plaintiff still awaits the settlement payment.  Counsel for the defendant has advised that an added ten more days is needed for purposes of issuing the settlement drafts to the plaintiff.  Accordingly, as directed by the Court, the plaintiff is providing this report and asking that the Court direct a deadline of July 23, 2008, for the final dismissal documents to be executed and filed with the Court.

>Respectfully submitted,
>
>HOEPPNER WAGNER & EVANS LLP
>
>By:/s/ Sean E. Kenyon
>   Sean E. Kenyon

HOEPPNER WAGNER & EVANS LLP
1000 East 80th Place
Suite 606, South Tower
Merrillville, IN 46410
(219) 769-6552

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2008,I electronically filed the foregoing **"Report to the Court"** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Robert F. Seidler, Esq.
Brian McDermott, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Ste. 4600
Indianapolis, IN 46204
Phone: (317) 916-1300
Fax: (317) 916-9076

/s/ Sean E. Kenyon
Sean E. Kenyon, #16096-53

HOEPPNER WAGNER & EVANS LLP
1000 E. 80th Pl., Twin Towers, 606 South
P.O. Box 10627
Merrillville, IN  46411-0627
Telephone (219) 769-6552
Fax (219) 738-2349